United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA DANE ADKINS,

    Plaintiff,

v.

STATE OF CALIFORNIA,

    Defendant.

No. C 10-80270 JSW MISC

**ORDER DENYING PETITION FOR THE SEALING OF ALL CRIMINAL RECORDS**

Now before the Court is the "petition for a full and complete sealing of all criminal records" filed by pro se Plaintiff Lisa Dane Adkins. Adkins contends that the sealing of her criminal records would enable her to seek and obtain gainful employment. However, Plaintiff does not present any basis for the sealing or expungement of her criminal records. It is evident from the petition that the criminal records are located in Plumas County and are therefore state offenses. Accordingly, Plaintiff may, if possible, move to set aside her conviction in the state court in which she was arrested, tried or convicted.

To the extent Plaintiff challenges the substantive decisions made in state court litigation, the *Rooker-Feldman* doctrine prevents her from challenging the state court judges' orders in this federal action. Under *Rooker-Feldman*, a federal district court does not have subject matter jurisdiction to hear a direct appeal from the final judgment of a state court. *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 415-16 (1923); *Noel v. Hall,* 341 F.3d 1148, 1154 (9th Cir.2003). Accordingly, Plaintiff's request to expunge her criminal record before this Court fails under the *Rooker-Feldman*

doctrine and is DENIED.

**IT IS SO ORDERED.**

Dated: November 9, 2010

                                                    JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DANE ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA et al,<br><br>Defendant. | Case Number: CV10-80270 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

lISA Dane Adkins
5878 Foggy Court
Sun Valley, NV 89433

Dated: November 9, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk